AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

_____MIDDLE_____ District of _____ALABAMA_____

UNITED STATES OF AMERICA

V.

LEVI MADDOX
51 Dykes Road
Hurtsboro, Alabama

**WARRANT FOR ARREST**

Case Number:   3:05cr226-F

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____Levi Maddox_____
                                                                                   Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

| X Indictment | ☐ Information | ☐ Complaint | ☐ Order of court | ☐ Probation Violation Petition | ☐ Supervised Release Violation Petition | ☐ Violation Notice |

charging him or her with   (brief description of offense)
Gun controlled act

in violation of Title _____18_____ United States Code, Section(s) _____922(g)(1)_____

DEBRA P. HACKETT
Name of Issuing Officer

Signature of Issuing Officer

CLERK, U. S. DISTRICT COURT
Title of Issuing Officer

September 14, 2005 - Montgomery, Alabama
Date and Location

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |