IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 3:05-cr-226-F |
| | ) | |
| LEVI MADDOX | ) | |

O R D E R

Upon consideration of the petition of the United States for a writ of *habeas corpus ad prosequendum* (Doc. # 4), and for good cause shown, the Court is of the opinion that said motion should be and the same is hereby granted.  It is, therefore, ORDERED that the Clerk of this Court be and is hereby DIRECTED to issue a WRIT of HABEAS CORPUS AD PROSEQUENDUM addressed to Easterling Correctional Facility, Clio, Alabama, commanding them to deliver the said Levi Maddox to any United States Marshal or Deputy United States Marshal and directing said Marshal or Deputy to bring said prisoner before this Court to be held at Montgomery, Alabama, on October 19, 2005, at 10:00 a.m. and to return said prisoner to said official when the Court shall have finished with him.

DONE this 29th day of September, 2005.

/s/ Susan Russ Walker
_____
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE