IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN - SOUTHERN - (EASTERN) DIVISION

UNITED STATES OF AMERICA    )
                            )
v                           )
                            ) CR. NO. 3:05 cr 226-F
Levi Maddox                 )
                            )

## WAIVER OF SPEEDY TRIAL ACT RIGHTS

I, Levi Maddox, defendant in the above styled case, do hereby waive my rights to a speedy trial as established in 18 U.S.C. § 3161 et seq. I certify to the court that I am waiving these rights knowingly, voluntarily, and intelligently after receiving a full and complete explanation of my rights given to me by my attorney and,

WITH FULL KNOWLEDGE OF MY RIGHTS, I HEREBY EXPRESSLY WAIVE MY RIGHTS TO A SPEEDY TRIAL.

10/19/2005                              *Levi Maddox* (signature)
DATE                                    DEFENDANT

                                        *Jennifer A. Hart* (signature)
                                        ATTORNEY FOR DEFENDANT