| | |
|---|---|
| COURTROOM DEPUTY'S MINUTES | DATE: November 17, 2005 |
| MIDDLE DISTRICT OF ALABAMA | DIGITAL RECORDING: 10:05 - 10:20 |
| | COURT REPORTER: Jimmy Dickens |

☐ **ARRAIGNMENT**  √ **CHANGE OF PLEA**  ☐ **CONSENT PLEA**
☐ **RULE 44(c) HEARING**  ☐ **SENTENCING**

---

**PRESIDING MAG. JUDGE:** Susan Russ Walker  **DEPUTY CLERK:** Joyce Taylor
**CASE NUMBER:** 3:05cr226-F  **DEFENDANT NAME:** Levi Maddox
**AUSA:** Verne Speirs  **DEFENDANT ATTORNEY:** Christine Freeman
Type counsel ( )Waived; ( )Retained; ( )CJA; (√)FPD
( ) appointed at arraignment; ( ) standing in for: _____

**PTSO/USPO:** Dwayne Spurlock
Interpreter present? (√)NO; ( )YES  Name:

---

☐ This is defendant's **FIRST APPEARANCE.**
☐ **Financial Affidavit** executed. **ORAL MOTION** for appointment of Counsel.
☐ **ORAL ORDER** appointing Federal Public Defender. Notice of Appearance to be filed.
☐ **WAIVER OF INDICTMENT** executed and filed.
☐ **INFORMATION** filed.
☐ Juvenile Information filed w/Certificate that State Court refused jurisdiction.
**PLEA:**  ☐ Not Guilty
   √ Guilty as to:
      √ Count(s):  1 of the Indictment
      ☐ Count(s): _____  ☐ dismissed on oral motion of USA
                                                       ☐ to be dismissed at sentencing
√ Written plea agreement filed  ☐ **ORDERED SEALED**
√ **ORAL ORDER** Accepting Guilty Plea and Adjudicating Defendant Guilty as to Count 1 of the Indictment
☐ CRIMINAL TERM:  ☐ WAIVER OF SPEEDY TRIAL filed.
   **DISCOVERY DISCLOSURE DATE:**
☐ **ORDER:** Defendant continued under ☐ same bond; ☐ summons; for:
      ☐ Trial on _____; ☐ Sentencing on _____
☐ **ORDER:** Defendant remanded to custody of U. S. Marshal for:
      ☐ Trial on _____; or ☐ Sentencing on _____
☐ Rule 44 Hearing:  ☐ Waiver of Conflict of Interest Form executed
         ☐ Defendant requests time to secure new counsel