IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 3:05-cr-226-F |
| | ) | |
| LEVI MADDOX | ) | |

## **O R D E R**

It is hereby ORDERED that the sentencing hearing set in this case for January 20, 2006 is rescheduled for January 19, 2006 at 10:00 A.M. in the United States Courthouse, One Church Street, Courtroom 2D, Montgomery, Alabama, before United States District Judge Truman Hobbs.

DONE this 13th day of December, 2005.

                                                      /s/ Mark E. Fuller
                                              CHIEF UNITED STATES DISTRICT JUDGE