IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.    ) | CR. NO. 3:05cr226-F |
| ) | |
| LEVI MADDOX  ) | |

MOTION TO STRIKE FORFEITURE ALLEGATION AND
RESCIND PRELIMINARY ORDER OF FORFEITURE

Comes now the United States of America by and through Leura G. Canary, United States Attorney, Middle District of Alabama, and John T. Harmon, Assistant United States Attorney, and moves this Court to strike the Forfeiture Allegation of the Indictment returned September 8, 2005, and rescind the Preliminary Order of Forfeiture entered November 28, 2005

The weapon at issue is stolen and will be returned to the rightful owner.

A proposed Order is attached.

Respectfully submitted this 19th day of December, 2005.

FOR THE UNITED STATES ATTORNEY
LEURA G. CANARY

/s/John T. Harmon
John T. Harmon
Assistant United States Attorney
Bar Number: 7068-II58J
Office of the United States Attorney
Middle District of Alabama
One Court Square, Suite 201 (36104)
Post Office Box 197
Montgomery, Alabama 36101-0197
Telephone:(334) 223-7280
Facsimile:(334) 223-7560
E-mail: John.Harmon@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on December 19, 2005, I electronically filed the foregoing Motion to Strike Forfeiture Allegation and Rescind Preliminary Order of Forfeiture with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: **Christine A. Freeman** and **Verne H. Speirs**.

/s/John T. Harmon
John T. Harmon
Assistant United States Attorney
Office of the United States Attorney
Middle District of Alabama
One Court Square, Suite 201 (36104)
Post Office Box 197
Montgomery, Alabama 36101-0197
Telephone:(334) 223-7280
Facsimile:(334) 223-7560
E-mail: John.Harmon@usdoj.gov
Bar Number: 7068-II58J