IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | CASE NO.: 2:05-CR-226-F |
| ) | |
| LEVI MADDOX ) | |

**DEFENDANT'S RESPONSE TO GOVERNMENT'S MOTION TO STRIKE
FORFEITURE ALLEGATION AND
RESCIND PRELIMINARY ORDER OF FORFEITURE**

**COMES NOW** the Defendant, Levi Maddox, by and through undersigned counsel, Christine A. Freeman, and notifies the Court that he has no opposition to the government's motion filed on December 19, 2005 (Doc. No. 23).

Dated this 21st day of December 2005.

Respectfully submitted,

s/Christine A. Freeman
CHRISTINE A. FREEMAN
TN BAR NO.: 11892
Attorney for Levi Maddox
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, AL 36104
TEL: (334) 834-2099
FAX: (334) 834-0353
E-Mail: Christine_Freeman@fd.org

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 21, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: John T. Harmon, Esquire, Assistant United States Attorney, One Court Square, Suite 201, Montgomery, Alabama 36104.

                                                                        **s/Christine A. Freeman**
                                                                        **CHRISTINE A. FREEMAN**
                                                                        **TN BAR NO.: 11892**
                                                                        Attorney for Levi Maddox
                                                                        Federal Defenders
                                                                        Middle District of Alabama
                                                                        201 Monroe Street , Suite 407
                                                                        Montgomery, AL 36104
                                                                        TEL:  (334) 834-2099
                                                                        FAX:  (334) 834-0353
                                                                        E-Mail: Christine_Freeman@fd.org