IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.          ) | CR. NO. 3:05cr226-H |
| ) | |
| LEVI MADDOX      ) | |

O R D E R

Upon consideration of the Motion to Strike Forfeiture Allegation and to Rescind Preliminary Order of Forfeiture heretofore filed in the above-styled cause, and for good cause shown, the Court is of the opinion that the motion should be and the same is hereby GRANTED. It is, therefore, **CONSIDERED, ORDERED, ADJUDGED AND DECREED** by the Court that said Motion be and the same is hereby granted.

DONE this 22nd day of Dec., 2005.

Truman M. Hobbs
UNITED STATES DISTRICT JUDGE