COURTROOM DEPUTY'S MINUTES  DATE: 1-19-2006
MIDDLE DISTRICT OF ALABAMA  DIGITAL RECORDING: 11:00 – 11:10 am
                             COURT REPORTER: Jimmy Dickens

☐ ARRAIGNMENT         ☐ CHANGE OF PLEA       ☐ CONSENT PLEA
☐ RULE 44(c) HEARING  ☒ SENTENCING

PRESIDING JUDGE: Hobbs         DEPUTY CLERK: S. Q. Long, Jr., Clerk
CASE NUMBER: 3:05cr226-H       DEFENDANT NAME: LEVI MADDOX
AUSA: Speirs                    DEFENDANT ATTORNEY: Christine Freeman
                                Type counsel ( )Waived; ( )Retained; ( )CJA; (✓)FPD
                                ( ) appointed at arraignment; ( ) standing in for: _____
PTSO/USPO:
Interpreter present? (✓)NO; ( )YES   Name:

☐ This is defendant's FIRST APPEARANCE.
☐ Financial Affidavit executed. ORAL MOTION for appointment of Counsel.
☐ ORAL ORDER appointing Federal Public Defender. Notice of Appearance to be filed.
☐ WAIVER OF INDICTMENT executed and filed.
☐ INFORMATION filed.
☐ Juvenile Information filed w/Certificate that State Court refused jurisdiction.
PLEA:   ☐ Not Guilty
        ☐ Guilty as to:
            ☐ Count(s):
            ☐ Count(s):               ☐ dismissed on oral motion of USA
                                      ☐ to be dismissed at sentencing
☐ Written plea agreement filed   ☐ ORDERED SEALED
☐ ORAL ORDER Accepting Guilty Plea and Adjudicating Defendant Guilty as to Counts _____.
☐ CRIMINAL TERM:          ☐ WAIVER OF SPEEDY TRIAL filed.
                DISCOVERY DISCLOSURE DATE:
☐ ORDER: Defendant continued under ☐ same bond; ☐ summons; for:
         ☐ Trial on _____; ☐ Sentencing on _____
☒ ORDER: Defendant remanded to custody of U. S. Marshal for:
         ☐ Trial on _____; or ☐ Sentencing on _____
☐ Rule 44 Hearing:  ☐ Waiver of Conflict of Interest Form executed
                    ☐ Defendant requests time to secure new counsel